## *United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: 08cv4725         Assigned/Issued By: j. n.

Judge Name:                   Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*  ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____        Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____        Receipt #: _____

Date Payment Rec'd: _____        Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons                           ☑ Alias Summons

☐ Third Party Summons               ☐ Lis Pendens

☐ Non Wage Garnishment Summons      ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons
                                    _____
                                    _____
                                    *(Victim, Against and $ Amount)*

☐ Citation to Discover Assets       ☐ Other

☐ Writ _____         _____
*(Type of Writ)*                    _____
                                    *(Type of issuance)*

1 Original and 0 copies on 8-28-08 as to huron mechanical industries, inc.
                        *(Date)*